**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Virata, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Eric Zemke, an individual, et al.,<br><br>Defendants. | No. CV11-0988-PHX DGC<br><br>**ORDER** |

Plaintiff's complaint alleges consumer fraud against all Defendants. Doc. 1 at 17. After filing an answer (Doc. 15), Defendant Steve Wallace moved to dismiss on the sole ground that as a member of an Arizona LLC he is not liable for acts performed in furtherance of the LLC. Doc. 22. Plaintiff opposes (Doc. 32), and Defendant filed a reply (Doc. 33). No party has requested oral argument.

Although a member of an LLC is not personally liable for debts and obligations of the LLC "solely by reason of being a member," A.R.S. § 29-651, Defendant fails to show that personal liability cannot attach for fraud in which Defendant is alleged to have participated. *See, e.g.*, *Jabczenski v. S. Pac. Mem'l Hosps., Inc.*, 579 P.2d 53, 58 (Ariz. App. 1978) ("A director who actually votes for the commission of a tort is personally liable, even though the wrongful act is performed in the name of the corporation."); *cf.* A.R.S. § 29-651 (liability for members precluded only if liability is alleged "solely by reason of being a member"). The motion to dismiss will be denied.

The motion to dismiss is also untimely. The Rule 12(b)(6) motion was filed after the answer was filed, which renders it untimely. Fed. R. Civ. P. 12(b); *Augustine v. United States*, 704 F.2d 1074, 1075 n.3 (9th Cir. 1983). The Court may construe it as a motion for judgment on pleadings under Rule 12(c), but only if the pleadings have closed. Fed. R. Civ. P. 12(c); *Aldabe v. Aldabe*, 616 F.2d 1089, 1093 (9th Cir. 1980). "[T]he pleadings are closed for the purposes of Rule 12(c) once a complaint and answer have been filed, assuming . . . that no counterclaim or cross-claim is made." *Doe v. United States*, 419 F.3d 1058, 1061. Cross-claims have been asserted against Defendant Wallace by other defendants in this case on July 28, 2011 (Doc. 35), and therefore a Rule 12(c) motion is untimely.

As a final note, Defendant's counsel cites in part to an unpublished Arizona Court of Appeals opinion, *In re Real Prop. Located at 4720 N. Nesting Lane*, 2010 WL 716106 *2 (Ariz. App. 2010), in violation of Arizona rules of procedure and without disclosing it as an unpublished opinion. Counsel is advised that future citations to unpublished cases without disclosure are inappropriate.

**IT IS ORDERED** that Defendant Wallace's motion to dismiss (Doc. 22) is **denied**.

Dated this 10th day of August, 2011.

_____
David G. Campbell
United States District Judge