**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Luis Virata, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>Eric Zemke, an individual, et al.,<br><br>            Defendants. | No. CV11-0988 PHX DGC<br><br>**ORDER AND JUDGMENT** |

On May 24, 2012, the Court entered default judgment against ACLS Pegasus, LLC in the total amount of $349,590.14: $127,500 in the actual amount that Mr. Virata provided to the defendants; $82,290 in attorney's fees; $12,300.14 in legal costs; and $127,500 in punitive damages. Doc. 97. At the time, the case was stayed against defendant Steven Wallace, the sole owner and employee of ACLS Pegasus, who had filed a personal bankruptcy action. *See* Doc. 92. Subsequently, the personal bankruptcy action was dismissed. *See* Doc. 100. On June 15, 2012, this Court lifted the stay against Mr. Wallace and ordered that Mr. Wallace respond to the amended complaint by July 3, 2012, or have a "default judgment entered against him if he fails to respond to the amended complaint." Doc. 100. Despite the Court's clear instruction, Mr. Wallace has failed to respond to the complaint. On July 23, 2012, Plaintiff filed a motion for default judgment. Doc. 103. Mr. Wallace has not filed a response. The Court will grant the motion.

On July 12, 2012, Plaintiff filed a Declaration in Support of Order Entering Default Judgment and Damages against Steven Wallace. Doc. 101-1 at 1-6. This sworn

declaration – as well as deposition testimony and other evidence attached to it – provides evidentiary support for Plaintiffs claim that he suffered damages in the amount of amount of $127,500, attorneys' fees in the amount of $82,290, and costs in the amount of $12,300. Accordingly, the Court will order Mr. Wallace to compensate Plaintiff for the claimed damages, attorneys' fees, and costs totaling $222,090. The Court also finds that Plaintiffs request for $127,500 in punitive damages is appropriate in this case.[1] The Court therefore orders Mr. Wallace to pay punitive damages to Plaintiff in the amount of $127,500, for a total award of $349,590. Judgment shall bear interest as provided in 28 U.S.C § 1961.

**IT IS ORDERED THAT:**

1. Default judgment is entered in favor of Plaintiff Luis Virata and against Steven Wallace as to Counts 2, 3, 5, 6, and 7.

2. Plaintiff Luis Virata shall recover from Defendant Wallace all damages, attorneys' fees and costs set forth in this order in the total amount of $349,590.14: $127,500 in the actual amount that Mr. Virata provided to Defendant Wallace; $82,290 in attorney's fees; $12,300.14 in legal costs; and $127,500 in punitive damages. Interest shall accrue at the rate provided in 28 U.S.C § 1961 per month from the date of entry of this order.

Dated this 28th day of August, 2012.

_____
David G. Campbell
United States District Judge

---

[1] The Court discussed Plaintiff's request for punitive damages in its prior order of default judgment against ACLS Pegasus and determined that a 1:1 ratio between actual and punitive damages was appropriate. Doc. 97 at 2.